524

Submitted March 21, 1980. John W. Packel, Chief, Appeals Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

433 A.2d 130

Commonwealth v. Speace, a/k/a Speaks, Appellant.

Submitted March 6, 1980. David Schaumann, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

433 A.2d 130

Commonwealth v. Williams, Appellant.

Sub-

mitted March 6, 1980. H. Stanley Rebert, Public Defender, for appellant; Sheryl A. Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Order and judgment of sentence affirmed.

433 A.2d 130

Commonwealth v. Williams, Appellant.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Order of court affirmed.

433 A.2d 130

Commonwealth v. Zvolensky, Appellant.

Submitted December 6, 1979. James E. O'Brien, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, District Attorney, for Commonwealth, appellee.